IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-01489-EWN-CBS

TIMOTHY CRUZ,

    Plaintiff,

vs.

SAFEWAY INC.,

    Defendant.

## ORDER FOR DISMISSAL WITH PREJUDICE

THIS MATTER has come before the Court on the Stipulated Motion for Order for Dismissal with Prejudice and the Court being fully advised, hereby approves the parties' Stipulation and:

IT IS ORDERED that the above-captioned action is dismissed with prejudice, each party to bear his or its own attorneys' fees and costs.

THE COURT further Orders that the terms of the Agreement between the parties pursuant to which the Stipulation and Order of Dismissal with Prejudice have been entered are to be kept strictly confidential by plaintiff and that any disclosure of such terms except to except to their immediate families, their tax advisors or as may be required by law may constitute contempt of Court for which this Court may enter such sanctions as are appropriate.

Date: March 19, 2008.

        BY THE COURT:


        <u>s/ Edward W. Nottingham</u>
        Edward W. Nottingham
        Chief United States District Judge